UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIS MILLER,

    Plaintiff,

v.                                Case No. 3:21cv4774-LC-HTC

SANTA ROSA CORRECTIONAL
  INSTITUTION, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 25, 2022 (ECF No. 7).  The court furnished the plaintiff with a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:21cv4774-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders and because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who did not pay the filing fee.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 31st day of March 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**